IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>            Plaintiff,<br><br>        v.<br><br>RICHARD L. SCOTT, an<br>individual, and<br>LFP ENTERPRISE, INC., a<br>Nebraska Corporation,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:05CV3034<br><br><br>ORDER |

IT IS ORDERED:

The motion of defendant LFP Enterprise, Inc. to file a third party complaint, filing 21, is granted and defendant LFP is given five days to file the third party complaint.


DATED this 2nd day of June, 2005.


BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge