IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BNSF RAILWAY COMPANY, A Delaware Corporation,<br><br>   Plaintiff,<br><br>  vs.<br><br>RICHARD L. SCOTT, an Individual, and LFP ENTERPRISE, INC., a Nebraska Corporation,<br><br>   Defendants.<br><br>LFP ENTERPRISE, INC., a Nebraska Corporation,<br><br><br><br>   Defendant and<br><br>   Third Party Plaintiff,<br><br>  vs.<br><br>BENDIX COMMERCIAL VEHICLE SYSTEMS, and VOLVO GROUP d/b/a VOLVO TRUCK GROUP/VOLVO TRUCKS NORTH AMERICA,<br><br>   Third Party Defendants. | Case No. 4:05CV3034<br><br><br><br><br><br><br><br><br><br>ORDER |

**IT IS ORDERED:**

The Joint Motion, filing 33, for Enlargement of Time for the "Planning Conference" obligations set forth in the Progression Order is granted.

The planning conference in this case shall take place on September 16, 2005, at 10:00 o'clock a.m. Plaintiff shall initiate the call. The parties shall comply with all of the obligations set forth in Section 8 of the Order Scheduling Initial Progression of Case (Filing 20) for purposes of the September 16, 2005, Planning Conference.

Dated this 11th day of July, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge