IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY,<br>A Delaware Corporation, | ) )<br>) | 4:05CV3034 |
| Plaintiff, | ) ) | |
| v. | ) )  | ORDER |
| RICHARD L. SCOTT, an<br>Individual, and<br>LFP ENTERPRISE, INC., a<br>Nebraska Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 13th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge