IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3034 |
| | ) | |
| v. | ) | |
| | ) | REASSIGNMENT ORDER |
| LFP ENTERPRISE, and RICHARD L. SCOTT, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 38) in the above matter,

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters and remains assigned to District Judge Richard G. Kopf for disposition.

DATED this 14th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge