# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BNSF RAILWAY COMPANY,** ) | |
| ) | 4:05CV3034 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **RICHARD L. SCOTT and LFP** ) | |
| **ENTERPRISE, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 38), and the reassignment order of Chief U.S. District Judge Joseph F. Bataillon (Filing No. 39), the case has been reassigned to the undersigned magistrate judge for the purposes of pretrial management. The July 11, 2005 order set a telephone planning conference with Magistrate Judge Piester on September 16, 2005, at 10:00 a.m. **See** Filing No. 34. The telephone planning conference will now be with the undersigned magistrate judge on the same date and time, **September 16, 2005, at 10:00 a.m.** The telephone number to use for the telephone conference is 402-661-7343. Plaintiff's counsel is directed to initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 14th day of July, 2005.

                                        BY THE COURT:

                                        s/Thomas D. Thalken
                                        United States Magistrate Judge