IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY,<br>A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3034 |
| vs. | ) ) | ORDER |
| RICHARD L. SCOTT, | ) ) | |
| Defendant, | ) ) | |
| LFP ENTERPRISE, INC.,<br>A Nebraska Corporation and, | ) ) ) | |
| Defendant and<br>Third Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| BENDIX COMMERCIAL VEHICLE<br>and VOLVO GROUP, | ) ) ) | |
| Third Party Defendants. | ) | |

The records of the court show that on November 1, 2005, a letter (Filing No. 77) was sent to:

        J. Kenneth Wainwright, Jr.
        1050 Wilshire Drive, Suite 400
        Troy, MI 48034-1526

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen days. As of the close of business on December 27, 2005, said attorney has not complied with the request set forth in the letter from the Office of the Clerk. Accordingly,

**IT IS ORDERED** that, on or before **January 12, 2006**, attorney J. Kenneth Wainwright, Jr. shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 28th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge