IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware Corporation, | CASE NO: 4:05-CV-3034 |
| Plaintiff, | |
| v. | |
| RICHARD L. SCOTT, an Individual, and LFP ENTERPRISE, INC., a Nebraska Corporation, | |
| Defendants. | |
| LFP ENTERPRISE, INC., a Nebraska Corporation, | |
| Defendant and Third Party Plaintiff, | |
| v. | **ORDER ON STIPULATION TO DISMISS CAUSES OF ACTION 3-8 OF THIRD PARTY COMPLAINT** |
| BENDIX COMMERCIAL VEHICLE SYSTEMS, and VOLVO GROUP d/b/a VOLVO TRUCK GROUP/VOLVO TRUCKS NORTH AMERICA, | |
| Third Party Defendants. | |

The court has reviewed the stipulation (filing 162) of LFP Enterprise, Inc., Defendant and Third-Party Plaintiff, Bendix Commercial Vehicle Systems, Third-Party Defendant and Volvo Group, Third-Party Defendant. In accordance with the joint stipulation,

IT IS ORDERED that the 3rd, 4th, 5th, 6th, 7th, and 8th Causes of Action of the Third-Party Complaint are hereby dismissed without prejudice.

January 17, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge