IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BNSF RAILWAY COMPANY,** A Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3034 |
| vs. | ) ) | ORDER |
| **RICHARD L. SCOTT,** | ) ) | |
| Defendant, | ) ) | |
| **LFP ENTERPRISE, INC.,** A Nebraska Corporation and, | ) ) ) | |
| Defendant and Third Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| **BENDIX COMMERCIAL VEHICLE** and **VOLVO GROUP,** | ) ) ) | |
| Third Party Defendants. | ) | |

Upon notice of settlement given to the magistrate judge on March 15, 2006, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before March 31, 2006.** If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled. The Clerk of Court shall term all pending motions on the docket.

DATED this 15th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge