IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | ) | 4:05CV3034 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| RICHARD L. SCOTT and | ) | |
| LFP ENTERPRISE, INC. , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| LFP ENTERPRISE, INC. , | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| BENDIX COMMERCIAL VEHICLE | ) | |
| SYSTEMS and VOLVO GROUP | ) | |
| d/b/a VOLVO TRUCK GROUP/ | ) | |
| VOLVO TRUCKS NORTH AMERICA, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 184) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action, including all claims, counterclaims, cross-claims, and third-party claims, is dismissed with prejudice, each party to pay their own costs.

April 10, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge